# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10067
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 22, 2019

Lyle W. Cayce
Clerk

TIMOTHY C. YOAKUM,

      Plaintiff - Appellant

v.

SABRE GLBL INCORPORATED,

      Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-127

Before WIENER, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.